UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY JORGENSEN-ORTEGA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> _____ ) | CASE NO. C05-1107-MJB <br><br> ORDER OF REMAND |

Now before the Court is defendant's unopposed motion for remand (Dkt. #10). Defendant has sufficiently demonstrated good cause for remand. It is therefore ORDERED that this case be remanded to the Commissioner of Social Security pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), in order to allow the Commissioner the opportunity to locate Plaintiff's claim file and hearing tape or, if necessary, reconstruct the record. This Court shall retain jurisdiction over the case. *Melkonyan v. Sullivan*, 501 U.S. 89, 97-102 (1991).

DATED this 4th day of October, 2005.

/s/ M. J. Benton
_____
Monica J. Benton
United States Magistrate Judge

ORDER OF REMAND - 1